UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM T. EBERHARD, *et al.*, ) | Case No.: 1:11 CV 834 |
| Plaintiffs ) | |
| v. ) | JUDGE SOLOMON OLIVER, JR. |
| OLD REPUBLIC NATIONAL TITLE ) INSURANCE COMPANY, *et al.*, ) | |
| Defendants ) | <u>ORDER</u> |

Currently pending before the court in the above captioned case is the Report and Recommendation of Magistrate Judge William Baughman, Jr. (ECF No. 203) recommending that the court find for the reasons stated on the open record that the proposed settlement between Plaintiffs Bradley and Laura Maloof and Defendant Global American Title Insurance Company, Inc. is fair and that the court grant Plaintiffs' Unopposed Motion for Final Approval (ECF No. 201) and enter the proposed Settlement Order and Final Judgment.  For the reasons stated by Magistrate Judge William Baughman, Jr. on the record, and the evidence he considered, the court finds the settlement to be fair, reasonable, and adequate and will enter the Settlement Order and Final Judgment forthwith.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

May 28, 2014